UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Kristina Gail Meyer, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18-cv-00021-UNA |
| ) | |
| ) | |
| Nancy A. Berryhill, ) | |
| *Acting Commissioner of Social Security Administration,* ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The above styled and numbered case was filed on January 5, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:18-cv-00004-SNLJ.

**IT IS FURTHER ORDERED** that cause number 4:18-cv-00021-UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: January 8, 2018                                   By: Jason W. Dockery
                                                                            Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 1:18-cv-00004 SNLJ.**